Debra I. Grassgreen (CA Bar No. 169978)
John D. Fiero (CA Bar No. 136557)
Cia H. Mackle (admitted pro hac vice)
**PACHULSKI STANG ZIEHL & JONES LLP**
One Sansome Street, 34th Floor, Ste. 3430
San Francisco, CA  94104-4436
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: dgrassgreen@pszjlaw.com
         jfiero@pszjlaw.com
         cmackle@pszjlaw.com

*Attorneys for Michael Goldberg,
Trustee of the PFI Trust*


MATTHEW D. METZGER (SBN 240437)
Email: mmetzger@belvederelegal.com
**BELVEDERE LEGAL, PC**
1777 Borel Place, Suite 314
San Mateo, California 94402
Telephone:     (415) 513-5980
Facsimile:     (415) 513-5985

*Attorney for Defendant
US Performing Arts Camps*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO

| | |
|---|---|
| In re<br><br>PROFESSIONAL FINANCIAL INVESTORS, INC., *et al*,<br><br>Debtors. | Case No.  20-03064<br>(Jointly Administered)<br><br>Chapter 11 |
| MICHAEL GOLDBERG, TRUSTEE OF THE PFI TRUST,<br><br>                    Plaintiff,<br>v.<br><br>US PERFORMING ARTS CAMPS,<br><br>                    Defendant. | AP Case No. 22-03085<br><br>**CERTIFICATE OF SERVICE REGARDING JOINT STATUS CONFERENCE AND JOINT DISCOVERY PLAN**<br><br>**Date:**  February 9, 2023<br>**Time:**  10:00 a.m.<br>**Place:**  Telephonic/ Videoconference<br>          Courtroom 19<br>          450 Golden Gate Avenue<br>          16th Floor<br>          San Francisco, CA<br>**Judge:** Hon. Hannah L. Blumenstiel |

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) |
| CITY OF SAN FRANCISCO | ) |

I, Oliver Carpio, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On February 8th, 2023, I caused to be served the following documents in the manner stated below:

- ***JOINT STATUS CONFERENCE AND JOINT DISCOVERY PLAN***

| | |
|---|---|
| ☑ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): The foregoing document was served by the court via NEF and hyperlink to the document. On **February 8, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.<br>• John D. Fiero    jfiero@pszjlaw.com, ocarpio@pszjlaw.com<br>• Matthew D. Metzger    belvederelegalecf@gmail.com, 8450177420@filings.docketbird.com |
| ☐ | (BY OVERNIGHT DELIVERY)  By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☑ | (BY MAIL)  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.<br>　　　Matthew D. Metzger<br>　　　BELVEDERE LEGAL, PC<br>　　　1777 Borel Place, Ste 314<br>　　　San Mateo, CA 94402 |
| ☑ | (BY EMAIL)  I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.<br>　　　Matthew D. Metzger<br>　　　Email: mmetzger@belvederelegal.com |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 8, 2023 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Oliver Carpio*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Legal Assistant